■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL J. KAZIMER, Appellant. [817 NYS2d 908]—Appeal by the defendant from a judgment of the County Court, Dutchess County (Dolan, J.), rendered March 27, 2001, convicting him of criminal sale of a controlled substance in the fifth degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Miller, J.P., Luciano, Spolzino and Dillon, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HECTOR MARTINEZ, Appellant. [820 NYS2d 536]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Mangano, Jr., J.), imposed February 17, 2005, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Miller, Crane, Mastro and Fisher, JJ., concur.